Case: **2:25–cv–02040**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **1/14/2025**
Description: **Robinson v. Brown et al**